JOHN R. BATTIGE, Respondent, v. FORD MOTOR COMPANY, Appellant.—

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.

In the Matter of MAGNUS RAYNOR, Respondent, v. ALLEGHENY LUDLUM STEEL CORP., Appellant, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.